BLANK ROME LLP
Attorneys for Plaintiff
Jeremy J.O. Harwood (JH 9012)
405 Lexington Avenue
The Chrysler Building
New York, NY 10174
(212) 885-5000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ULTRABULK S.A., <br><br>     Plaintiff, <br><br> v. <br><br> ADMIRALTY RESOURCES NL, <br><br>     Defendant. | 08 Civ. 7622(PKL) <br><br> **NOTICE OF DISMISSAL** |

WHEREAS Defendant has not appeared or answered but has provided substitute security acceptable to Plaintiff in respect of the matters alleged herein, the Plaintiff, through its undersigned counsel, pursuant to F. R. Civ. P. Rule 41(a)(1) dismisses this action without prejudice and without costs.

Dated:   New York, New York
         September 3, 2007

                                                Respectfully submitted,

                                                BLANK ROME LLP
                                                Attorneys for Plaintiff

                                                By: _/s/ Jeremy Harwood_
                                                Jeremy J.O. Harwood (JH-9012)
                                                The Chrysler Building
                                                405 Lexington Avenue
                                                New York, New York 10174
                                                Tel: (212) 885-5000
                                                Fax: (212) 885-5001

900200.00001/6666216v.1